IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JEAN FERRER LEYVA-PAZOS,<br><br>　　　　　Defendant. | 4:22-CR-3029<br><br>ORDER |

This matter is before the Court on the plaintiff's motion to dismiss (filing 37). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 37) is granted.

2. The indictment is dismissed without prejudice.

Dated this 22nd day of November, 2022.

BY THE COURT:

_____
John M. Gerrard
United States District Judge